UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Island Jay, Inc.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023
```

23 Civ. 1498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 28, 2023, the Court directed the parties to submit a joint letter and proposed case management plan by May 1, 2023. ECF No. 7. These submissions are now overdue. Accordingly, by **May 10, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                  ANALISA TORRES
                                              United States District Judge