```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/11/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Island Jay, Inc.,

                Defendant.

23 Civ. 1498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Case Management Conference scheduled for October 3, 2023, is ADJOURNED until **October 5, 2023 at 11:20 a.m.** The parties shall file a joint status letter not later than one week in advice of the Conference.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge