```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Island Jay, Inc.,

                Defendant.

23 Civ. 1498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint status letter of September 28, 2023. ECF No. 19. Fact discovery shall be extended for 60 days and shall now close on **November 11, 2023**. The case management conference scheduled for October 5, 2023, is ADJOURNED to **November 28, 2023**, at **10:00 a.m.** The parties shall file a joint status letter no later than one week in advance of the conference.

    This case is referred for mediation to the Southern District of New York's Mediation Program. See ECF No. 19. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith.

    SO ORDERED.

Dated: September 29, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge