UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Island Jay, Inc.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2023_

23 Civ. 1498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 29, 2023, the Court scheduled a case management conference for November 28, 2023. ECF No. 20. The parties were required to file a joint status letter not later than one week in advance of the conference. ECF No. 14 ¶ 16. That submission is now overdue.

    Accordingly, the case management conference scheduled for November 28, 2023, is ADJOURNED *sine die*.

    Further, fact discovery closed on November 11, 2023. ECF No. 20. The parties are reminded that any pre-motion letters for leave to file a motion for summary judgment are due within fourteen days of the close of fact discovery. ECF No. 14 ¶ 16.

    SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                    ANALISA TORRES
                                United States District Judge